IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**AZIZA NELSON**,
individually and on behalf of
all those similarly situated,

          Plaintiff,

    v.

**PAN-O-GOLD BAKING COMPANY**,

          Defendant.

Case No: 22-cv-125

---

## PLAINTIFF'S UNOPPOSED MOTION FOR
## FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

For the reasons given in her supporting brief, Plaintiff, Aziza Nelson, on behalf of herself and of the certified collective and class, asks the Court to grant full and final approval to the parties' proposed settlement agreement. Specifically, Nelson asks the Court to:

- Certify the Wisconsin Unpaid Wage Class pursuant to Federal Rule of Civil Procedure 23 for the purpose of judgment on the agreement.

- Certify the FLSA Collective Class pursuant to 29 U.S.C. § 216(b) for the purpose of judgment on the agreement.

- Approve the agreement as fair, reasonable, and adequate.

- Declare the agreement to be binding on Pan-O-Gold Baking Company, Nelson, and the members of the Final Classes.

- Dismiss with prejudice the released claims of the Final Classes.

- Dismiss without prejudice the claims of the members of the FLSA Collective Class who have failed to consent to opt in to the agreement

and the claims of the members of the Final Classes who have submitted timely requests for exclusion.

- Award Nelson a $500.00 service award.

- Award class counsel $26,748.09 in attorney fees and $3,000.00 in litigation and settlement administration costs and expenses.

- Incorporate the agreement into the Court's judgment for the purpose of retaining jurisdiction to enforce the agreement.

Defendant, Pan-O-Gold Baking Company, does not oppose this motion. Nelson has filed a proposed order for the Court's consideration.

Dated this 17th day of August, 2023.

> **HAWKS QUINDEL, S.C.**
> *Attorneys for the Plaintiff*
>
> By: *s/ David C. Zoeller*
> David C. Zoeller, State Bar No. 1052017
> Email: dzoeller@hq-law.com
> Aaron J. Bibb, State Bar No. 1104662
> Email: abibb@hq-law.com
> Post Office Box 2155
> Madison, Wisconsin 53701-2155
> Telephone: (608) 257-0040
> Facsimile: (608) 256-0236