IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AZIZA NELSON,
individually and on behalf of
all those similarly situated,

        Plaintiff,

                                       Case No: 22-cv-125

v.

PAN-O-GOLD BAKING COMPANY,

        Defendant.

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
## FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

      On August 17, 2023, Plaintiff, Aziza Nelson, filed an unopposed motion for final approval of a proposed settlement agreement with Defendant, Pan-O-Gold Baking Company ("Pan-O-Gold"), resolving this action on a class-wide basis. Pan-O-Gold does not oppose the motion. The Court has conditionally certified a collective under the Fair Labor Standards Act and a class under Federal Rule of Civil Procedure 23. (Dkt. #39.) The Court conducted a fairness hearing on September 7, 2023.

      Based on the hearing and on the materials filed by Nelson in support of her motion for preliminary approval and her motion for final approval, the Court concludes that the proposed settlement agreement is "fair, adequate, and reasonable, and not a product of collusion." *Reynolds v. Beneficial Nat'l Bank*, 288 F.3d 277, 279 (7th Cir. 2002) (quotation omitted). Based on these materials, the Court also concludes that the requirements of Federal Rule of Civil Procedure 23 and the Fair

Labor Standards Act regarding certification of class and collective actions have been met. The Court also concludes that Nelson's request for a $500.00 service award, $26,748.09 in attorney fees, and $3,000.00 in costs is reasonable. At Nelson's request, the Court agrees to retain jurisdiction over this matter to enforce the terms of the settlement agreement, if necessary. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994).

As requested in Nelson's motion, in accordance with the terms of the proposed settlement agreement, the Court will:

- Certify the Wisconsin Unpaid Wage Class pursuant to Federal Rule of Civil Procedure 23 for the purpose of judgment on the agreement.

- Certify the FLSA Collective Class pursuant to 29 U.S.C. § 216(b) for the purpose of judgment on the agreement.

- Approve the agreement as fair, reasonable, and adequate.

- Declare the agreement to be binding on Pan-O-Gold Baking Company, Nelson, and the members of the Final Classes.

- Dismiss with prejudice the released claims of the Final Classes.

- Dismiss without prejudice the claims of the members of the FLSA Collective Class who have failed to consent to opt in to the agreement and the claims of the members of the Final Classes who have submitted timely requests for exclusion.

- Award Nelson a $500.00 service award.

- Award class counsel $26,748.09 in attorney fees and $3,000.00 in litigation and settlement administration costs and expenses.

- Incorporate the agreement into the Court's judgment for the purpose of retaining jurisdiction to enforce the agreement.

## ORDER

IT IS ORDERED that:

1) Nelson's Unopposed Motion for Final Approval of Collective and Class Action Settlement is GRANTED.

2) This lawsuit is DISMISSED under the terms stated above.

Entered this 7th day of September, 2023.

BY THE COURT

WILLIAM M. CONLEY
District Judge